FILING FEE
PAID $ 75.00
In Forma  951888
Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-23035

CIV-COOKE

Case Number: _____

MAGISTRATE JUDGE
BROWN

GRIGSBY & ASSOCIATES, INC.
and CALVIN B. GRIGSBY,

      Plaintiffs,

vs.

M SECURITIES INVESTMENT, INC.,
HOWARD GARY & COMPANY,
HOWARD V. GARY,
and THE NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.,

      Defendants.

_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Calvin B. Grigsby, of the law firm Law Offices of Calvin B. Grigsby, for purposes of appearing as co-counsel on behalf of Grigsby & Associates, Inc. and Calvin B. Grigsby, Plaintiffs herein, in the above-styled case only.

Calvin B. Grigsby certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the State of California Bar.

In further support of this motion, it is hereby designated that [*not yet determined*] is a member of the bar of this Court and maintains an office in this District for the practice of law. He/she is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of [*not yet determined*] acts as local counsel in this matter on behalf of Grigsby & Associates, Inc. and Calvin B. Grigsby, Plaintiffs.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: _____

_____
(Local counsel)

Executed under penalty of perjury on this _12th_ day of _December_ 2006 at _San Francisco CA_.

Respectfully submitted,

By: _____
Calvin B. Grigsby Esq.
CA Bar ID No. 53655
Law Office of Calvin B. Grigsby
311 California Street, Suite 320
San Francisco, CA 94104
Phone: 415-392-4800 ext. 311
Fax: 415-676-2445
cgrigsby@grigsbyinc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail this 13th day of December 2006 to:

Curtis Carlson
1200 Suntrust International Center
One Southeast Third Avenue
Miami, FL 33131

JoAnne Sorrentino
Lisa Lasher
NASD
5200 Town Center Circle
Suite 400
Boca Raton Florida 33486

By: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: _____

GRIGSBY & ASSOCIATES, INC.
and CALVIN B. GRIGSBY,

         Plaintiffs,

vs.

M SECURITIES INVESTMENT, INC.,
Howard Gary & Company, Howard V. Gary,
and the National Securities Association of Dealers,

         Defendants.

_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Calvin B. Grigsby, counsel for Grigsby & Associates, Inc. and Calvin B. Grigsby, Plaintiffs, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the

Court:

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in Chambers at the United States District Courthouse, _____ (city and state where Judge presides), this _____ day of _____, 2006.

                                    _____
                                    JUDGE _____
                                    U.S. DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF FLORIDA

cc: _____, Counsel of Record