**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 06-23035-CIV-COOKE/BANDSTRA**

GRIGSBY & ASSOCIATES, INC., *et al.,*

     *Plaintiffs*,

v.

M SECURITIES INVESTMENT, INC.,
*et al.,*

     *Defendants*.

_____/

## FINAL JUDGMENT

**THIS MATTER** came before the Court upon the motion of Defendants, M Securities

Investment, Inc. (d/b/a Howard Gary & Company) and Howard V. Gary, for entry of Judgment in

accordance with the Order Confirming Arbitration Award [D.E. 89], and the Court having

reviewed said motion, being otherwise advised in the premises and for good cause shown, I

hereby

**ORDER** and **ADJUDGE** that M Securities Investment, Inc. recover from Grigsby &

Associates, Inc. and Calvin B. Grigsby, jointly and severally, compensatory damages in the

amount of $100,201.10, plus pre-judgment interest at 10%, which was the applicable Florida

legal rate in 1996, when damages arose.  M. Securities Investment, Inc. shall also recover

sanctions in the amount of $10,000.00 for failing to comply with discovery obligations,

attorney's fees in the amount of $1,800.00 as an additional sanction, reimbursement of filing fees

in the amount of $2,000.00, which amounts shall accrue interest at the Florida legal rate of 11%

until paid, for which let execution issue according to law.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 28th day of October 2009.


_____

MARCIA G. COOKE
United States District Judge



Copies furnished to:
*The Hon. Ted E. Bandstra*
*Counsel of Record*