# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Clerk of Court

Date: 12/28/2009

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Appeals Section

FILED by _____ D.C.

JAN 12 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

COR/ROA

IN RE:  District Court No: 06-23035-CV - MGC

U.S.C.A No: 09-11817-GG

Style: GRIGSBY & ASSOCIATES, INC. ET AL V. M. SECURITIES I

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

3 Volume(s) of pleadings

1 Volume(s) of Transcripts

Exhibits:  0 boxes;  3 folders;

0 envelopes;  0 PSIs (sealed)

☐ other: _____
☐ other: _____
☑ Other: (3)ACCORDION FOLDERS DE# 1,25,45,54,56,70,99 & 134
☐ Other: _____

Sincerely,
Steven M. Larimore, Clerk of Court
Southern District of Florida

By: _____
    Deputy Clerk

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
By: _____
Date: 12/28/09

Attachment
c: court file

S/F A-15
Rev. 10/94

☐ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408