UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-23035-CIV-COOKE

GRIGSBY & ASSOCIATIES, INC,
and CALVIN GRIGSBY,

    Plaintiff,

vs.

M SECURITIES INVESTMENT, INC., d/b/a
HOWARD GARY & COMPANY and the
ESTATE OF HOWARD GARY.

    Defendants.
_____/

## MOTION TO WITHDRAW

**COMES NOW** the Plaintiffs, Grigsby & Associates, Inc., and Calvin Grigsby, by and through undersigned counsel and file this Motion to Withdraw and as good cause states:

1. The undersigned is unable to continue representation in this case because he has been appointed to the position of General Magistrate in the Family Division of the 11th Judicial Circuit

2. As a General Magistrate the undersigned is prohibited from practicing law.

3. This motion is being made in good faith.

4. The undersigned has advised the Plaintiff of the above factors and he consents to this motion

Respectfully submitted,
Gordon Murray, P.A.

By: s/*Gordon Murray, Esq.*
Florida Bar No.: 521906
550 NE 124 St
North Miami, Florida 33161
(305) 398-9646 Fax: (305) 398-9651

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 30, 2012, I caused a true and correct copy of this Motion to Withdraw to be served by electronic mail through the District Court's Electronic Filing System (ECF).

Curtis Carlson, Esq.
1200 Suntrust International Center
One Southeast Third Avenue
Miami, FL 33131

/s/*Gordon Murray, Esq.*
Gordon Murray, Esq.